# United States Court of Appeals
## For the First Circuit

―――――――――――

No. 20-1105

CYRIL NNADOZIE OKOLI

Petitioner

v.

WILLIAM P. BARR, Attorney General

Respondent

―――――――――――

Before

Torruella, Lynch and Kayatta,
<u>Circuit Judges</u>.

―――――――――――

**ORDER OF COURT**

Entered: June 24, 2020

      This matter is before the court on pro se petitioner Cyril Nnadozie Okoli's filings captioned "petition for review"/"'recalcitrant witness appeal,'" "motion and memo for an award of attorney's fees under equal access to justice act: part 2," and "motion to be released under the bail reform act." This appeal has been resolved fully, and both judgment and mandate have entered. All pending motions, including the three motions listed above, are **denied**. See Calderon v. Thompson, 523 U.S. 538, 550 (1998) (party seeking recall of mandate must demonstrate "extraordinary circumstances"). There is no basis for an award of "attorney's fees" in this matter. Regarding the "petition for review"/"'recalcitrant witness appeal'" and the "motion to be released under the bail reform act," prior orders should have conveyed that this closed petition for review proceeding is not an appropriate forum for seeking relief from immigration detention. This denial is without prejudice to petitioner pursuing relevant points in a more appropriate forum (to the extent one exists). The court already having denied all requested relief and multiple post-judgment motions, Okoli is strongly discouraged from making additional filings in this concluded proceeding.

By the Court:

Maria R. Hamilton, Clerk

cc:
Cyril Nnadozie Okoli
Sunah Lee
OIL